AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of                              )
*(Briefly describe the property to be searched*             )
*or identify the person by name and address)*               )     Case No.     **14 - 2 1 9 3 JMC**
                                                            )
HUAWEI cell phone, MEID/IMSI/IMEI 860471021525607          )
APPLE cell phone MEID/IMSI/IMEI 35880505513977 In          )
the Possession of Baltimore Police Department              )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

FILED _____ ENTERED
LODGED _____ RECEIVED

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:   **OCT 17 2014**

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;     AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 | Possession of a Firearm by a Felon |

The application is based on these facts:

See Attached Affidavit.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Brandon Vines, Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _10/17/14_                    _____
                                    *Judge's signature*

City and state:  Baltimore, Maryland _____     Hon. J. Mark Coulson, U.S. Magistrate Judge
                                    *Printed name and title*

## ATTACHMENT A

### Items to be Searched

The following items, referred to as the "**Subject Electronic Devices**":

- **HUAWEI cellular phone, bearing serial number V9B2B91392709303 and MEID/IMSI/IMEI 860471021525607, recovered from 2840 Greenmount Ave, Baltimore, MD;**

- **Apple IPhone cellular phone, bearing serial number unknown and MEID/IMSI/IMEI 35880505513977, recovered from2840 Greenmount Ave, Baltimore, MD**

shall be searched according to the protocol listed on Attachment B for the following items: (1) lists of customers and related identifying information, (2) types, amounts, and prices of firearms trafficked as well as dates, places, and amounts of specific transactions, (3) any information related to sources of firearms (including names, addresses, phone numbers, or any other identifying information), (4) any information related to use of or trafficking of firearms, and (5) information reflecting the location of the phone. The **Subject Electronic Devices** shall also be searched for evidence of user attribution showing who used or owned the **Subject Electronic Devices** at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 17 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND     DEPUTY

BY

**14 - 2 1 9 3 JMC**

8

## ATTACHMENT B

### Search Protocols

This warrant authorizes the search of electronically stored information and other documents related to the items listed on Attachment A

Because of the possibility that the files examined pursuant to the warrant will include information that is beyond the scope of what the United States has demonstrated the existence probable cause to search for, the search shall be conducted in a manner that will minimize to the greatest extent possible the likelihood that files or other information for which there is not probable cause to search is not viewed.

While this protocol does not prescribe the specific search protocol to be used, it does contain limitations to what government investigators may view during their search, and the searching investigators shall be obligated to document the search methodology used in the event that there is a subsequent challenge to the search that was conducted, pursuant to the following protocol:

With respect to the search of any digitally/electronically stored information that is seized pursuant to this warrant, and described in Attachment A hereto, the search procedure shall include such reasonably available techniques designed to minimize the chance that the government investigators conducting the search will view information that is beyond the scope for which probable cause exists.

The following list of techniques is a non-exclusive list which illustrates the types of search methodology that may avoid an overbroad search, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein:

    a.    Use of computer search methodology to conduct an examination of all the data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth herein by specific date ranges, names of individuals, or organizations;

    b.    Searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein;

    c.    Physical examination of the storage device, including digitally surveying various file directories and the individual files they contain to determine whether they include data falling within the list of items to be seized as set forth herein; and

    d.    Opening or reading portions of files that are identified as a result of conducting digital search inquiries in order to determine their relevance.



14 - 2193 JMC